**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SCOTT ALLEN SLOANE, | ) | 3:07-CV-177-BES-VPC |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
|     v. | ) | |
| | ) | |
| CYNTHIA CRONE, *et al.* | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

    Before the Court is Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#67) filed on July 3, 2008. This action was referred to U.S. Magistrate Judge Cooke pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted her Report and Recommendation (#66) on June 23, 2008, recommending that this Court deny Plaintiff's motion to set aside settlement agreement (#57) and dismiss the case with prejudice. On July 18, 2008 Defendants' filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation and Plaintiff's Reply (#70) was filed on July 28, 2008.

**I. ANALYSIS**

**A.    Review of Magistrate Judge's Order**

    Any party may object to a magistrate judge's case dispositive proposed order, findings, or recommendations. 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b); LR 74.2. The district court must make a *de novo* determination of those portions of the magistrate judge's report to which objection is made and may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge. Id. De novo review means the court must consider the matter anew, the same as if it had not been heard before and as if no decision previously had been rendered. Ness v. Commissioner, 954 F.2d 1495, 1497 (9th Cir. 1992). Thus, although the district court need not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion about those portions of the magistrate judge's findings or recommendation to which objections are made. United States v. Remsing, 874 F.2d 614, 617 (9th Cir. 1989).

After conducting a *de novo* independent review of the record, the Court accepts and adopts the Magistrate Judge's recommendation (#66).

### III. Conclusion

IT IS HEREBY ORDERED that Defendants' Objection to U.S. Magistrate Judge's Report and Recommendation (#67) is DENIED and the Report and Recommendation (#66) entered by the Magistrate Judge on July 23, 2008 is ADOPTED.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 19th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE